# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-843

_____

DAMARCUS RAYON JENKINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

September 28, 2021


PER CURIAM.

AFFIRMED.

ROWE, C.J., and LEWIS and WINOKUR, JJ., concur.

_____


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Damarcus Rayon Jenkins, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.